IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

| | | |
|---|---|---|
| RUFUS SMITH, et al, | ) | CASE NO.: |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | JUDGE CORRIGAN |
| | ) | |
| CONSOLIDATED CITY OF JACKSONVILLE | ) ) | |
| Defendant. | ) | |

### DECLARATION OF KYLE BRINK, Ph.D.

1. I am an industrial/organizational psychologist; my curriculum vitae is attached to this declaration.

2. I make this declaration based upon my personal knowledge and under penalty of perjury.

3. I understand that a job knowledge test was administered to determine future promotions to the job of Suppression Lieutenant by the Jacksonville, Florida Fire and Rescue Department.

4. I was asked to provide my opinion on the use of job knowledge tests for employment selection. I was also asked to explain what type of documentation is needed to defend the use of such a test or for someone else to determine if the test is valid.

5. In preparing for this declaration, I reviewed the professional guidelines that are most applicable to test validation in employment selection: the *Uniform Guidelines on Employee Selection Procedures* (Equal Employment

Opportunity Commission, The Civil Service Commission, The Department of Labor, and The Department of Justice, 1978; henceforth referred to as the *Uniform Guidelines*), *Principles for the Validation and Use of Personnel Selection Procedures* (SIOP, 2003; henceforth referred to as the *SIOP Principles*), and the *Standards for Educational and Psychological Testing* (American Educational Research Association, American Psychological Association, National Council on Measurement in Education, 1999; henceforth referred to as *APA Standards*). I also reviewed professional peer-reviewed and non-peer reviewed literature relating to employee selection and statistical methods

**Use of Job Knowledge Tests**

6. Job knowledge tests often result in relatively large Black-White mean score differences favoring White candidates and often result in adverse impact against Black candidates. Job knowledge is strongly correlated with cognitive ability. Job knowledge tests (like most cognitive ability tests) are typically administered in written, multiple-choice format which further increases the cognitive requirements.

7. Tests that are more "cognitively loaded" (i.e., have greater cognitive ability requirements) result in greater Black-White mean differences.

8. It is well known (and has been for known for decades) that tests of cognitive ability result in large Black-White differences; furthermore, they result in larger Black-White differences than most other tests that are used for making employment hiring or promotional decisions. Reviews (e.g., Sackett,

Schmitt, Ellingson, & Kabin, 2001) and meta-analyses (e.g., Roth, Bevier, Bobko, & Switzer, 2001) have demonstrated that Blacks tend to score 1 standard deviation lower than Whites on cognitive ability tests, resulting in a $d = 1.0$.

9. The $d$ statistic is a standardized index of the magnitude of group differences. It is an index of practical significance that indicates how meaningful the differences are. Cohen (1988) describes a $d = .2$ as small, $d = .5$ as medium, and $d = .8$ as large. Cohen (1988) does not provide a label to describe the magnitude of a $d = 1.0$, but if one were to extend this nomenclature a $d = 1.0$ might be called "extra large".

10. Adverse impact on job knowledge tests is almost inevitable. If adverse impact is present in a selection procedure, it is considered to be discriminatory unless the procedure is valid (*Uniform Guidelines*, Section 3A).

11. Job knowledge tests are almost exclusively validated using the "content validity" or "validity based on content" approach.

12. The first key requirement for demonstrating content validity is evidence that the test is representative of the job. A test is considered to be more content valid to the extent that it assess a more representative sample of the job.

13. The foundation for content validity is a job analysis. Without an adequate job analysis that identifies the work behaviors and knowledge, skills, and abilities (KSAs) it is impossible to know if the test assesses a representative sample of the job.

14. According to the *SIOP Principles*, "evidence for validity based on content rests on demonstrating that the selection procedure adequately samples and is linked to the important work behaviors, activities, and/or worker KSAOs (knowledge, skills, abilities, and other characteristics) defined by the analysis of work" (p. 25).

15. The *Uniform Guidelines* indicate that a job analysis is required for content validity studies and "to demonstrate the content validity of a selection procedure, a user should show that the behavior(s) demonstrated in the selection procedure are a representative sample of the behavior(s) of the job in question or that the selection procedure provides a representative sample of the work product of the job" (Section 14C[4]).

16. Question and Answer 79 of the *Uniform Guidelines* further explain what is required to demonstrate the content validity of a job knowledge test:

> **79. Q.** What is required to show the content validity of a test of a job knowledge?
>
> **A.** There must be a defined, well recognized body of information, and knowledge of the information must be prerequisite to performance of the required work behaviors. The work behavior(s) to which each knowledge is related should be identified on an item-by-item basis. The test should fairly sample the information that is actually used by the employee on the job, so that the level of difficulty of the test items should correspond to the level of difficulty of the knowledge as used in the work behavior. See Section 14C(1) and (4).

      What this answer is suggesting is that knowledge tests are only applicable to specific, defined bodies of information required for the job (e.g., rules, standard operating procedures).

17. Responsibilities, skills, and abilities are not the same as knowledge; assessment of responsibilities, skills, and abilities via a job knowledge test cannot be valid. Knowing how to perform an activity may be a prerequisite to performing that behavior, but knowledge alone is not sufficient. Just because an individual possesses the knowledge doesn't mean he/she can perform the responsibility or possesses the skills or abilities that are required to perform the responsibility (Goldstein, 1993, p. 62).

18. Using a job knowledge test alone results in a selection process that is severely deficient in representing actual job responsibilities. The job knowledge test alone cannot be representative of the job (and cannot be content valid) because it only assesses knowledge and does not assess responsibilities/work behaviors, skills, or abilities.

19. Any selection procedure that includes more constructs than just job knowledge would be more content valid than a selection procedure comprised of only a job knowledge test.

20. The second key requirement for demonstrating content validity is evidence that the test closely resembles the job.

21. The *SIOP Principles* state that "the more a selection procedure has fidelity to exact job components, the more likely it is that the content-based evidence will be demonstrated" (p. 24) and that "generally, the more closely a

selection procedure replicates a work behavior, the more accurate the content-based inference" (p. 24).

22. The *Uniform Guidelines* indicate that:

> the closer the content and the context of the selection procedure are to work samples or work behaviors, the stronger is the basis for showing content validity. As the content of the selection procedure less resembles a work behavior, or the setting and manner of the administration of the selection procedure less resemble the work situation, or the result less resembles a work product, the less likely the selection procedure is to be content valid, and the greater the need for other evidence of validity. (Section 14 C (4)).

23. Question and Answer 78 of the *Uniform Guidelines* is very instructive with respect to written job knowledge tests (it even mentions firefighters).

> 78. Q. What is required to show the content validity of a paper-and-pencil test that is intended to approximate work behaviors?
> A. Where a test is intended to replicate a work behavior, content validity is established by a demonstration of the similarities between the test and the job with respect to behaviors, products, and the surrounding environmental conditions. Section 14B[4].
> Paper-and-pencil tests which are intended to replicate a work behavior are most likely to be appropriate where work behaviors are performed in paper and pencil form (e.g., editing and bookkeeping). Paper-and-pencil test of effectiveness in interpersonal relations (e.g., sales or supervision), or of physical activities (e.g., automobile repair) or ability to function properly under danger (e.g., firefighters) generally are not close enough approximations of work behaviors to show content validity.

24. Most jobs do not require incumbents to make written, multiple-choice decisions. Almost any alternative method of assessment would more closely

resemble the job than answering multiple-choice questions. Using a written, multiple-choice job knowledge test alone cannot be supported based on content validity.

25. Adverse impact is typically greater when using a job knowledge test on a ranking basis versus using it on a pass/fail basis. If this occurs, the *Uniform Guidelines* (Section 5G) require sufficient validity evidence to support the use of a test based on ranking purposes. A test that assesses only knowledge does not provide a strong basis for ranking.

26. The *Uniform Guidelines Questions and Answers* (No. 62) indicate that "where the content and context of the selection procedure are unlike those of the job, as, for example, in many paper-and-pencil job knowledge tests, it is difficult to infer an association between levels of performance on the procedure and on the job."

27. According to the *APA Standards*, "viewing a high test score as indicating overall job suitability…would be an inappropriate inference from a test measuring a single narrow, albeit relevant, domain, such as job knowledge" (p. 161).

28. A final reason that ranking based solely on a job knowledge test is often inappropriate is that job knowledge tests often lack sufficient reliability and variability in scores to support meaningful differences in test scores. Even though candidates may obtain different scores, there is little confidence that those differences reflect true differences in job-related abilities.

29. It is almost certain that the job knowledge test that was administered for Suppression Lieutenant by the Jacksonville, Florida Fire and Rescue Department will result in adverse impact. Furthermore, this test (in terms of its content and method of use) cannot be demonstrated to be valid based on content validity because it only focuses on knowledge (it is not representative of the entire job), it does not remotely resemble the job, and it inappropriately rank-orders candidates based on test scores and uses this inappropriate ranking for the purpose of making top-down selection decisions.

30. The *Uniform Guidelines* require test users to search for and use alternative measures that are substantial equally valid and would have resulted in less adverse impact (see Section 3B and Questions and Answers 48-52 and 91).

31. When using a job knowledge test alone on a ranking basis, group differences and adverse impact will likely be large and the use of the test in this manner cannot be supported based on content validity.

32. There are several alternative selection procedures available that would result in less adverse impact and greater validity.

33. On May 7, 2010, I communicated directly with Chad Poppell from the City of Jacksonville regarding alternative measures for promotional testing, a copy of which is attached to this declaration. (Exhibit A).

**Documentation Requirements for Demonstrating Validity**

34. If a selection procedure has adverse impact, it not only must be valid, but there must be documentation demonstrating that it is valid. "For any

selection procedure which is part of a selection process which has an adverse impact and which selection procedure has an adverse impact, each user should maintain and have available such documentation as is described in section 15 of this part" (*Uniform Guidelines* Section 5D).

35. The general types of information that should be documented include job analysis procedures and results, the search for alternative measures, the test development process, the test administration process, and test results.

36. Section 15A of the *Uniform Guidelines* clearly outlines the "*required information*" for documenting adverse impact and validity evidence. Section 15C further details the information that should be included in "reports of content validity" and specifies which information is *essential*.

37. The *SIOP Principles* also explicitly define what information should be included in a validation report (pp. 50-53).

38. In order for me to provide any analysis of the Suppression Lieutenant or any promotional examination, I would need documentation as described by the *Uniform Guidelines* and *SIOP Principles*. In addition, I would need the following documents or documentation: request for proposal for the promotional examination in issue; bids or proposals for the promotional examination in issue; job analysis and all documents relating thereto; test development plan; any project logs or test project documentation; documents from the book/source material committees; documents relating to the selection of subject matter experts for job analysis and test development; documents regarding item development including the item source and linkage

to job; test item analyses; test data; documents from the appeal and protests; eligibility lists (including candidate demographics), if any; and any communications between the city and the tester regarding the tests.

39. Listed below is the professional literature that was referenced in this declaration:

- American Educational Research Association, American Psychological Association, & National Council for Measurement in Education. (1999). *Standards for educational and psychological testing.* Washington, DC: American Psychological Association.

- Cohen, J. (1988). *Statistical Power Analysis for the Behavioral Sciences* (2nd ed.). Hillsdale, NJ: Lawrence Erlbaum Associates.

- Equal Employment Opportunity Commission, Civil Service Commission, Department of Labor, & Department of Justice. (1978). *Uniform guidelines on employee selection procedures.* Federal Register, 43, 38290-38315.

- Goldstein, I. L. (1993). *Training in organizations.* Pacific Grove, CA: Brooks-Cole.

- Roth, P. L., BeVier, C. A., Bobko, P., Switzer, III, F. S., & Tyler, P. (2001). Ethnic group differences in cognitive ability in employment and educational settings: A meta-analysis. *Personnel Psychology, 54,* 397-330.

- Sackett, P. R., Schmitt, N., Ellingson, J. E., & Kabin, M. B. (2001). High-stakes testing in employment, credentialing, and higher education: Prospects in a post-affirmative-action world. *American Psychologist, 56,* 302-318.

- Society for Industrial and Organizational Psychology, Inc. (2003). *Principles for the Validation and Use of Personnel Selection Procedures* (4th ed.). Bowling Green, OH: Society for Industrial and Organizational Psychology, Inc.

*[signature]*
Kyle Brink, Ph.D.

5-4-11
Date

# KYLE E. BRINK, PH.D.

## Curriculum Vitae

| **St. John Fisher College:** | **Centrus Personnel Solutions:** | **Home:** |
|---|---|---|
| 3690 East Avenue | 1521 15th Street South | 1 Northfield Gate |
| Rochester, NY 14618 | Birmingham, AL 35205 | Pittsford, NY 14534 |
| Ph: (585) 899-3812 | Ph: (585) 899-0893 | Ph: (585) 899-0893 |
| KBrink@sjfc.edu | Kyle.Brink@CentrusPS.com | kebrink@gmail.com |

## EDUCATION

**Doctorate of Philosophy** – The University of Georgia, Athens, GA          August 2003
    Major: Industrial/Organizational Psychology
    Dissertation Title: *New Hire Socialization: The Dynamic Relationships among Individual Differences, Cognition, Affect, and Behavior*

**Master of Science** – The University of Georgia, Athens, GA          August 2000
    Major: Industrial/Organizational Psychology
    Thesis Title: *Self-monitoring and Goal Orientation: Moderators in the Variable Effects of Feedback on Self-efficacy and Self-set Goals*

**Bachelor of Science** – Grand Valley State University, Allendale, MI          April 1998
    Major: Psychology   Minor: Business

## WORK EXPERIENCE

**St. John Fisher College**, Rochester, NY

09/09-Present   *Assistant Professor.* Tenure track professor in the Department of Management of the Bittner School of Business. Teach courses in the areas of management and human resources. Initiated and led redesign of HR concentration curriculum to align with SHRM guidelines making SJFC the first HR program in the Rochester area and the second program in the Western New York region on the "List of University HR Programs that Align with SHRM's Guides." Initiated founding of student SHRM chapter.

**Centrus Personnel Solutions, LLC**, Birmingham, AL

05/07-Present   *Principal Consultant.* Partner and principal consultant of human resources management consulting firm. Prepare proposals for obtaining contracts. Lead and manage consulting projects in the areas of job analysis, competency modeling, employee selection, test development and validation, litigation support, data analysis, organizational surveys, performance management and appraisal, needs assessment and training program development, organizational development and structuring.

**Personnel Board of Jefferson County**, Birmingham, AL

05/03-05/09   *Industrial/Organizational Psychologist.* Managed a team of I/O professionals responsible for conducting validation studies. Supervised over 150 job analyses. Developed cutting edge technology-based assessments that maximized validity and minimized adverse impact. Oversaw writing of validity reports. Ensured all phases of job analysis, assessment development and administration complied with the Uniform Guidelines, SIOP Principles, APA Standards and all other applicable professional standards and laws. Responsible for the release of 12 positions from a long-standing Federal Consent Decree. Managed performance and development of subordinates. Assisted in training and

**Kyle Brink** Page 2

           development of division staff members and establishing and improving procedures, policies, and practices. Initiated and executed several performance improvement initiatives. Instrumental in transforming the organization into a state-of-the-art government HR agency. Managed projects outsourced to external vendors.

**UPS**, Atlanta, GA

10/01-05/03     *Learning and Development Contractor*. Supported executives with processes and decisions related to career development, promotion, succession planning and diversity initiatives through data collection and analysis, presentations and recommendations. Produced monthly succession planning reports and recommendations for business function SVPs. Developed guidelines for candidate review meetings and action logs for candidate development. Handled highly confidential information daily. Developed more efficient and automated processes.

11/98-01/99     Analyzed and presented Employee Relations Index survey results to UPS executives.

**Cahners-TRACOM Group**, Highlands Ranch, CO

2001     *Consultant.* Generated and screened items for social style assessment tools. Dimensions included tell assertive, ask assertive, responsiveness-controls, responsiveness-emotes, image, competence, optimism, communication, empathy, conscientiousness, interpersonal relationships, innovation, flexibility and overall endorsement.

**BellSouth**, Atlanta, GA

7/00-11/00     *Performance Consulting Intern*. Supported the development of competency models for several job families. Assisted with focus groups. Developed, edited and standardized competency models.

**Southern Company**, Atlanta, GA

12/98-2/00     *Consultant*. Proctored paper and pencil assessments, acted in role-play exercises, scored in-basket, role-play and writing exercise assessments for first-line supervisor assessment center.

8/99-11/99     *Consultant.* Conducted employee exit interviews.

**College of Education, The University of Georgia**, Athens, GA

1999     *Consultant.* Led focus groups for the College of Education Multi-cultural Initiative.

**Irwin & Browning**, Atlanta, GA

1999     *Consultant.* Assisted with job analysis for the Photonic Technologies Division of Corning.

**BICC General**, Watkinsville, GA (manufacturing company producing wire and cable)

5/99-8/99     *Human Resources Intern*. Delivered Blood Borne Pathogens and Hazard Communication training to all employees. Initiated and developed assessment tool to evaluate the effectiveness of the training.

**J.W. Fanning Institute for Leadership, The University of Georgia**, Athens, GA

1998     Entered and analyzed data from USDA survey results.

**LITIGATION EXPERIENCE**

*Dwight Bazile, et al. vs. City of Houston,* In the *United States District Court for the Southern District of Texas, Houston Division*, C.A. No. H-08-2404. Race discrimination in promotion practices. Serve as expert witness for plaintiffs. Wrote expert report and declaration, gave deposition, testified in court twice. Outcome pending.

*Frank Ricci, et al. v. John DeStefano, et al.*, In the *Supreme Court of the United States*, No. 07-1428 Vide 08-328.  Race discrimination in promotion practices. *Amicus curiae* in support of respondents. Quoted in New Haven Register regarding case.

*W. Howe, et al. v. City of Akron*; In the *United States District Court for the Northern District of Ohio, Eastern Division*, Case No. 5:06 CV 2779. Race and age discrimination in promotion practices. Served as expert witness for plaintiffs; wrote reports and declarations, gave deposition, and testified before jury.  Verdict was for the plaintiffs; awarded $1,891,000.

*United States of America v. Jefferson County, Alabama, et al.*, In the *United States District Court for the Northern District of Alabama, Southern Division*, Civil Action No. CV-75-S-666-S. Race and sex discrimination in selection practices. Employed by a defendant. Consent decree terminated November, 2008.

## COLLEGE/UNIVERSITY COURSES TAUGHT

**Staffing Human Resources** (MGMT 338) – *Instructor*; St. John Fisher College, Bittner School of Business

**Managing Team & Organizational Behavior** (MGMT 211) – *Instructor*; St. John Fisher College, Bittner School of Business

**Psychology of the Workplace** (PSYC 4230) – *Lab Instructor*; The University of Georgia, Psychology Department

**Psychology of Testing** (PSYC 4210) – *Instructor*, *Lab Instructor*; The University of Georgia, Psychology Department

**Research Analysis** (PSYC 2990) – *Lab Instructor*; The University of Georgia, Psychology Department

**Research Design** (PSYC 2980) – *Instructor*; The University of Georgia, Psychology Department

**Elementary Psychology** (PSYC 1101) – *Graduate Assistant*; The University of Georgia, Psychology Department

## RESEARCH & PRESENTATIONS

**Brink, K. E.** & Crenshaw, J. L. (2011). *Written Multiple-Choice Job Knowledge Tests: Pros, Cons, Misunderstandings, and Admonitions.* Paper presented at the meeting of the International Personnel Assessment Council, Washington, DC.

**Brink, K. E.** (February, 2011). Adverse Impact. Under review in W. J. Rothwell (Ed.) *Human Resource Encyclopedia Volume 1 - Articles.*  San Francisco, CA: Pfeiffer.

**Brink, K. E.,** Crenshaw, J. L., & Bellenger, B. L. (2010). *Insuring Content Validity in a Litigious Environment.* Tutorial presented at the meeting of the International Personnel Assessment Council, Newport Beach, CA.

Birkelbach, D., **Brink, K. E.,** & Lance, C. E. (2009). Race bias in structured interview and assessment center ratings.  In **K. E. Brink** & J. L. Crenshaw (Chairs), *Unraveling Ethnic Differences in Structured Interviews.* Symposium conducted at the meeting of the Society for Industrial and Organizational Psychology, New Orleans, LA.

**Brink, K. E.** & Crenshaw, J. L. (2009). Comparing Black-White differences on video vs. audio structured situational interviews.  In **K. E. Brink** & J. L. Crenshaw (Chairs), *Unraveling Ethnic Differences in Structured Interviews.* Symposium conducted at the meeting of the Society for Industrial and Organizational Psychology, New Orleans, LA.

**Brink, K. E.** & Crenshaw, J. L. (2008). *Adverse impact: What is it? How do you calculate it?* Tutorial presented at the meeting of the International Public Management Association Assessment Council, Oakland, CA.

**Brink, K. E.,** Crenshaw, J. L., & Alber, M. (2008). Relationships between completion time, performance and faking on biodata/personality measures.  In **K. E. Brink** (Chair), *The Fourth Dimension: How Response Times Impact Test Performance.* Symposium conducted at the meeting of the Society for Industrial and Organizational Psychology, San Francisco, CA.

**Brink, K. E.** & Lance, C. E. (2008). Development and validation of a newcomer socialization measure of information seeking frequency. In K. Zhang (Chair), *Feedback Seeking: New Developments.* Paper session presented at the meeting of the Academy of Management, Anaheim, CA.

**Brink, K. E.**, Lance, C. E., Bellenger, B. L., Morrison, M. A., Scharlau, E. A., Crenshaw, J. L. (2008). Discriminant validity of a "next generation" assessment center. In B. J. Hoffman (Chair), *Reexamining Assessment Centers: Alternate Approaches.* Symposium conducted at the meeting of the Society for Industrial and Organizational Psychology, San Francisco, CA.

Crenshaw, J. L., Bellenger, B. L., & **Brink, K. E.** (2008). *Video based testing: Advantages, limitations, and practical feasibility?* Paper presented at the meeting of the International Public Management Association Assessment Council, Oakland, CA.

Bellenger, B. L., **Brink, K. E.,** & Crenshaw, J. L., (2007). *Public safety testing: Technology and innovation.* Presented at the Executive Council meeting of the International Association of Black Professional Fire Fighters, Birmingham, AL.

**Brink, K. E.** & Miller, L. (2005). Selection test orientation: Characteristics of attendees and the influence on sub-group differences. In **K. E. Brink** & J. L. Crenshaw (Chairs), *Selection Strategies for Maximizing Performance and Ethnic Diversity.* Symposium conducted at the meeting of the Society for Industrial and Organizational Psychology, Los Angeles, CA.

**Brink, K. E.** & Lance, C. E. (2004). *Proactive new hire socialization: Information seeking content domains and strategies.* Paper presented at the meeting of the Society for Industrial and Organizational Psychology, Chicago, IL.

**Brink, K. E.** (2002). Self-efficacy and goal change in the absence of external feedback. In J. B. Vancouver (Chair), *Goal-Perception Discrepancy Production: Current Practical and Theoretical Issues.* Symposium conducted at the meeting of the Society for Industrial and Organizational Psychology, Toronto, Canada.

**Brink, K. E.**, Landau, H. I., Popp, E. C., & Thomas, K. M. (2002). *Understanding diversity resistance: Examining ethnic identity and diverse experiences.* Paper presented at the meeting of the Southeastern Psychological Association, Orlando, FL.

Lance, C. E., Kavanagh, M. J., & **Brink, K. E.** (2002). *Retraining climate as a predictor of retraining success and as a moderator of the relationship between cross-job retraining time estimates and time to proficiency in the new job.* Group & Organization Management, 27, 294-317.

Popp, E. C., Landau, H. I., **Brink, K. E.**, & Thomas, K. M. (2002). *Shades of white identity: Self-labels, white ethnic identity, and attitudes toward others.* Paper presented at the meeting of the Southeastern Psychological Association, Orlando, FL.

**Brink, K. E.** & Thomas, K. M. (2001). *The variable effects of goal-performance discrepancies on future goal setting: A test of three moderators.* Paper presented at the meeting of the Society for Industrial and Organizational Psychology, San Diego, CA.

### TECHNICAL REPORTS

Have co-authored more than 150 technical reports including validation reports, procedures manual chapters, and organizational effectiveness reports.

### AWARDS

2002 *Outstanding Teaching Assistant Award*, The University of Georgia.
2001 *The Donald L. Grant Award*, in recognition of the most outstanding Master of Science Thesis in the Applied Psychology Program, The University of Georgia.
1998-1999 *United Parcel Service Graduate Fellowship* recipient, The University of Georgia.

### ACADEMIC COMMITTEES
**St. John Fisher College**

**Kyle Brink** Page 5

| | |
|---|---:|
| Ad hoc MBA Curriculum Review Committee | 2010-2011 |
| Chair of AACSB Assessment Committee | 2010-2011 |
| Academic Standing Committee | 2010-2011 |
| Chair of AACSB Assessment Committee | 2009-2010 |
| Chair of ad hoc Code of Professional Standards Committee | 2009-2010 |

## MASTER'S THESIS COMMITTEES
**Reader**

SJFC M.S. in OL/HRD: Pia DiPaola Clark                                                                 2010
> *Employee Motivation Factors: A Reexamination of Kovach's Study 10 Years Later*

## PROFESSIONAL ASSOCIATION MEMBERSHIP & SERVICE
Academy of Management, Member
> Human Resources Division, Member
> Organizational Behavior Division, Member

American Psychological Association, Member
International Personnel Assessment Council, Member
Society for Human Resource Management, Member
> St. John Fisher College Student SHRM Chapter Advisor

Society for Industrial and Organizational Psychology, Member
> Program Committee, Member 2006-present
> Session Chair 2009
> Session Chair 2008
> Session Chair 2005



**Fw: Research on Alternative Measures**   Tuesday, May 3, 2011 6:59 AM

**From:** "Kyle Brink" <kyle.brink@centrusps.com>
**To:** "Thompson/Bishop" <tmpsnlaw@sbcglobal.net>
1 File (15KB)



Research on

Denny,

You mentioned yesterday that you think Jax should have been aware of other alternatives. Related to this point, I thought you might like to see the email I sent to Chad Poppell a year ago making him aware of alternatives and issues related to job knowledge tests...

**From:** Kyle Brink
**Sent:** Friday, May 07, 2010 4:14 PM
**To:** cpoppell@coj.net
**Subject:** Research on Alternative Measures

Chad,

It was nice talking with you earlier. As promised, I attached a summary of some of the research on alternative measures (this is not, by any means, an exhaustive search of all of the literature). The Uniform Guidelines also have a lot to say about the content validity of job knowledge tests and ranking based on job knowledge tests. See especially sections 3B, 5G, 14C(4), 14C(9), 15C(3) and Interpretation and Clarification Questions #48, 49, 50, 51, 52, 78, 79, 91.

Kyle Brink, Ph.D.
**CENTRUS P**ersonnel **S**olutions
1521 15th Street South
Birmingham, AL 35205
585-899-0893
www.centrusps.com

Use Messenger to talk to your IM friends, even those on Yahoo! Talk now!

*Alternatives with Greater or Equal Validity*

Job knowledge is only one of many factors influencing job performance and is certainly not the most important factor (Borman, White, Pulakos, & Oppler, 1991; Gaudet & Carli, 1957; Smith, 1994; Sternberg, 1997).

Schmidt and Hunter (1998), in a comprehensive meta-analysis, have shown that a number of selection devices are more valid than job knowledge tests (e.g., general mental ability tests, work samples, structured interview, peer ratings) or nearly as valid as job knowledge tests (e.g., integrity tests, unstructured interviews, job tryout procedures, training and experience [behavioral consistency method], biographical data, and assessment centers).  Similarly, in a narrative review, Reilly (1996) describes several promising alternatives to cognitive ability tests including, work samples, trainability tests, biodata, behavioral consistency, assessment centers, and cognitive plus personality-based conscientiousness measures.

*Alternatives with Less Adverse Impact*

It is long known and widely accepted that cognitive ability tests have the largest Black-White differences with a *d* = 1.0 (e.g., Sackett, Schmitt, Ellingson, & Kabin, 2001; Roth, Bevier, Bobko, & Switzer, 2001)

Research has shown that other types of measures have smaller Black-White group differences.

- Assessment centers have a *d* = .52 (Dean, Roth & Bobko, 2008).
- Roth, Bobko, McFarland, and Buster (2008) have shown that work samples have a *d* ranging from .2 (for oral exercises assessing social skills) to .8 (for written cognitive assessments).
- Structured interviews have a *d* = .25 and as low as .10 for behavioral interviews (Huffcutt & Roth, 1998).

## References

Borman, W. C., White, L. A., Pulakos, E. D., & Oppler, S. H. (1991).  Models of supervisory job performance ratings.  *Journal of Applied Psychology, 76*, 863-872.

Dean, M.A., Roth, P.L., & Bobko, P. (2008). Ethnic and gender subgroup differences in assessment center ratings: A meta-analysis. *Journal of Applied Psychology, 88*, 683-691.

Gaudet, F. J., & Carli, A. R. (1957).  Why executives fail.  *Personnel Psychology, 10*, 7-21.

Huffcutt, A.I., & Roth P.L. (1998). Racial group differences in employment interview evaluations. *Journal of Applied Psychology, 83*, 179-189.

Roth, P. L., BeVier, C. A., Bobko, P., Switzer, III, F. S., & Tyler, P. (2001).  Ethnic group differences in cognitive ability in employment and educational settings: A meta-analysis. *Personnel Psychology, 54*, 397-330.

Roth, P., Bobko, P., McFarland, L., & Buster, M. (2008).  Work sample tests in personnel selection: A meta-analysis of Black-White differences in overall and exercise scores. *Personnel Psychology, 61,* 637-662.

Reilly, R. R. (1996).  Alternative selection procedures.  In R. S. Barrett (Ed.).  *Fair employment strategies in human resource management*. Westport, CT: Quorum Books.

Sackett, P. R., Schmitt, N., Ellingson, J. E., & Kabin, M. B. (2001). High-stakes testing in employment, credentialing, and higher education: Prospects in a post-affirmative-action world. *American Psychologist, 56*, 302-318.

Schmidt, F. L. & Hunter, J. E. (1998). The validity and utility of selection methods in personnel psychology: Practical and theoretical implications of 85 years of research findings. *Psychological Bulletin, 124*, 262-274.

Smith, M. (1994). A theory of the validity of predictors in selection. *Journal of Occupational and Organizational Psychology, 67*, 13-31.

Sternberg, R. J. (1997). Managerial intelligence: Why IQ isn't enough. *Journal of Management, 23*, 475-493.