## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

RUFUS SMITH, et al,  )  CASE NO.: 3:11 cv 00345-TJC
        Plaintiffs,  )
          )
vs.  )  JUDGE CORRIGAN
          )
CITY OF JACKSONVILLE, et al,  )
        Defendants.  )

### SUPPLEMENTAL DECLARATION OF KYLE BRINK, Ph.D.

1. I am an industrial/organizational psychologist and have been retained by the Plaintiffs in this case to analyze the data from and express opinions upon several promotional examinations administered by the Jacksonville, Florida Fire and Rescue Department, including the Lieutenant – Suppression examination administered on April 15, 2011.

2. I have personal knowledge of the statements made in this declaration, which I make under penalty of perjury.

3. Since my first declaration in this case, I have reviewed the additional documents: Plaintiffs' First Amended Complaint, Plaintiffs' Motion for Temporary Restraining Order, and Exhibits 1 through 12 attached to the TRO.

4. I have also been made aware that based upon an unofficial ranking list based upon original scores posted at one of the fire stations, the top Black candidate from the Lieutenant – Suppression promotional examination was ranked number 29.

5. This means that if this rank order remains roughly the same as indicated on the unofficial list, only 1 Black candidate for Lieutenant – Suppression would be promoted out of the first 29 promotions made, at the very least.

6. I have also been made aware that as a result of the appeals process for the Lieutenant – Suppression examination, only two questions were eliminated from the 100 question examination.

7. Generally, dropping only two questions from a 100-question exam would have minimal (if any) impact on the rank order of promotional candidates from their original scores.

8. This is not always the case, however, but I cannot perform any analysis relating to the affect of the appeals process until I have all the test data, including the data from the appeals process.

9. None of the documents I have reviewed or the information I have been made aware changes any of my statements or opinions contained in my first declaration.

10. Preliminary data from the April 15, 2011 Lieutenant - Suppression exam appear to corroborate what I stated in my May 4, 2011 declaration: adverse impact on job knowledge tests is almost inevitable (¶10) and it is almost certain that the Lieutenant - Suppression test will result in adverse impact (¶29).

_____
Kyle Brink, Ph.D.

5-27-11
Date

## CERTIFICATE OF SERVICE

  A copy of the foregoing was sent to all counsel of record via the Court's ecf electronic notification this 27 day of May, 2011.

                  */s/ Christy B. Bishop*